IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:   24-CR-80056-RJR

UNITED STATES OF AMERICA

v

CHRISTOPHER SCHWEIKART
_____/

### DEFENDANT, CHRISTOPHER SCHWEIKART'S, AGREED MOTION TO CONTINUE THE JULY 10, 2024, CALENDAR CALL AND TRIAL THEREAFTER

COMES NOW, Defendant, CHRISTOPHER SCHWEIKART ('SCHWEIKART"), with the agreement of the United States, through Mr. Marton Gyires, AUSA, Esquire, and prays this Honorable Court for an at least 90-day continuance of the calendar call set July 10, 2024, and the trial set to begin thereafter.

Defendant was arrested on March 16, 2024, and charged by Criminal Complaint with First Degree Murder Within the Special Maritime or Territorial Jurisdiction of the United States, contrary to 18 U.S.C. 1111 [DE 1]. SCHWEIKART, is facing a maximum punishment of life imprisonment.

The alleged homicide in this case occurred at the Veterans Affairs Medical Center in West Palm Beach ("VAWPB"), within the Southern District of Florida.

Defendant is in custody and remains in the Miami Federal Detention Center without any defense outstanding request for release.

This case surrounds the accused's mental health at the time of the killing. Soon before the incident, Defendant self-checked himself into the VAWPB. Defendant is a decorated United States Veteran. For reasons not yet known, soon after being checked

1

into the VAWPB acute mental health section, Defendant was housed in a room with another patient. This room had a "jack-and-jill" style bathroom that leads to another two-person room. This homicide allegedly occurred in the bathroom between the two rooms. Defendant has begun his defense mental health evaluations. More meetings are scheduled with Defendant and the mental health expert. For example, another almost all-day meeting is set July 4, 2024. Defense cannot commit to any theory of defense but anticipate filing a mental health notice styled pleading that will then allow the Government access to the Defendant for mental health purposes. Defense anticipates it will be some time before we are in a position to file any such pleading. Thereafter, it will take even more time for the Government to have its evaluation(s) performed. Both parties are addressing all it can to move the case along, while balancing the mental health needs and attention of the matter.

Discovery is voluminous and is still being produced as quick as the Government can process same.  For example, yesterday, defense received a guide to make sure we understand how the constant flow of Government discovery files are allocated. The Government advised more discovery is forthcoming. So far, thousands of pages of discovery has been provided plus numerous media from the VAWPB.

Additionally, a warrant was executed on Defendant for his DNA after his arrest. The DNA is still in the processing stage and the results have not yet been provided defense as of this writing. Depending on the results, defense may hire defense DNA experts. But we do not know when the results will be provided, the actual results, and the defense preparation needed regarding the DNA.

Defendant  waives his right to a speedy trial, and agrees to exclude the time

between July 10, 2024, and any future court date from the speedy trial calculation.

Counsel certifies he's personally spoken the with assigned prosecutor, Mr. Marton Gyires, AUSA, Esquire. Mr. Gyires advises the Government agrees to this Motion.

WHEREFORE, SCHWEIKART, with the agreement of the United States, respectfully requests this Honorable Court continue the calendar call and trial for at least 90 days.

## CERTIFICATE OF SERVICE

Counsel certifies a true & correct copy has been efiled into ECF on July 5, 2024.

| | |
|---|---|
| GERSHMAN & GERSHMAN | EDWARD D. REAGAN, P.A. |
| 2160 W. Atlantic Avenue, Second Floor | 658 West Indiantown Road |
| Delray Beach, FL 33445 | Jupiter, FL 33458 |
| Telephone: (561) 684-8898 | Telephone: (561) 832-7443 |
| robert@rglawfirm.us | edward.d.reagan@gmail.com |
| S//Robert Gershman | S//Edward Reagan |
| ROBERT S. GERSHMAN | EDWARD D. REAGAN |
| Fla. Bar No. 917397 | Fla. Bar. No. 0028215 |
| *Attorney for Defendant* | *Attorney for Defendant* |