UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:24-cr-80056-RLR

**UNITED STATES OF AMERICA**

vs.

**CHRISTOPHER SCHWEIKART,**

    **Defendant.**

_____/

## SCHEDULING ORDER

Upon a joint motion to continue the deadline for exchange of expert reports, it is hereby,

**ORDERED AND ADJUDGED** that the new deadlines for exchange of expert reports are the following: exchange of all expert reports is due on or before January 23, 2025, including the court-appointed psychologist's report, except the defense psychologist expert report regarding insanity is due on or before January 31, 2025.

**DONE and ORDERED**, in Chambers, at West Palm Beach, FL, on December 20, 2024.

*Robin L. Rosenberg*

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: counsel of record and Dr. Feldman via BOP