**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:24-cr-80056-RLR**

**UNITED STATES OF AMERICA**

**vs.**

**CHRISTOPHER SCHWEIKART,**

    **Defendant.**

_____/

## ORDER ON MOTION TO COMPEL RECORDS RELATED TO PSYCHOLOGICAL EVALUATIONS

Upon ore tenus motion by counsel for the defendant at the status conference held on January 15, 2025, it hereby ORDERED:

The Bureau of Prisons is COMPELLED to provide to defense mental health expert - [Dr. Gregory Landrum Psy.D. 11080 SE Dixie Highway, Hobe Sound, FL 33455, gclandrum@bellsouth.net and 772-546-9103], a complete copy of their file: all raw data to include copies of psychological test results, answer sheets, response booklets, and/or score reports, regarding the psychological evaluation of Mr. Christopher Schweikart, Register Number 05256-511, conducted by Dr. Lisa Feldman at FDC Miami.

    **DONE and ORDERED**, this 16th day of January 2025 in Chambers at West Palm Beach, Florida.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: counsel of record