

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4th St.
Miami, FL 33132

January 15, 2025

The Honorable Robin L. Rosenberg
United States District Judge
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
West Palm Beach, Florida 33401

**Re:  Name:      Christopher Schweikart**
      **Reg. No:   05256-511**
      **Case No:   9:24-cr-80056-RLR**

Dear Judge Rosenberg:

On December 20, 2024, you granted a request to extend Mr. Schweikart's evaluation date to January 23, 2025, to accommodate the emergency leave of Dr. Feldman. Due to continued health concerns, Dr. Feldman has been unable to return to work. To address the forensic evaluation needs in Dr. Feldman's absence, two forensic evaluators will be traveling to FDC Miami the week of January 13, 2025. Regarding Mr. Schweikart, Dr. Kristina Lloyd will complete his psychological evaluation, with the evaluation concluding no later than February 7, 2025. Therefore, we respectfully request an extension to complete the evaluation and submit the report by February 7, 2025.

We sincerely appreciate the Court's understanding of these extenuating circumstances. If you should have any questions regarding the evaluation, please contact Dr. Lloyd at 202-579-5630 or klloyd@bop.gov.

Sincerely,

S. Serrano
Warden

**Name:**     Christopher Schweikart
**Reg. No:**  05256-511
**Case No:**  9:24-cr-80056-RLR

The Honorable Robin L. Rosenberg
United States District Judge
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, Florida 33401
561-803-3430

Mr. Robert Scott Gershman
Gershman & Gershman, P.A.
2160 W. Atlantic Avenue
Second Floor
Delray Beach, FL 33445
561-684-8898
561-998-5868 (fax)
robert@rglawfirm.us

Mr. Edward Donald Reagan
Edward D Reagan PA
658 West Indiantown Road
Suite 209
Jupiter, FL 33458
561-832-7443
683-9970 (fax)
edward.d.reagan@gmail.com

Mr. Marton Gyires
US Attorney's Office
500 South Australian Avenue
4th Floor
West Palm Beach, FL 33401
561-209-1047
561-820-8777 (fax)
marton.gyires@usdoj.gov