UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cr-80056-RLR

**UNITED STATES OF AMERICA,**

vs.

**CHRISTOPHER SCHWEIKART,**

**Defendant.**
_____/

## ORDER

THIS MATTER is before the Court following a bench trial wherein the Defendant Christopher Schweikart was found not guilty only by reason of insanity.

On March 19, 2025, this Court held a bench trial and found that the Defendant had committed the acts charged in the Indictment, and that by clear and convincing evidence that the Defendant was insane when the charged offenses occurred. The Defendant was adjudged Not Guilty Only By Reason of Insanity. *Id.*

Upon such a finding by the Court, the Defendant shall be hospitalized per the procedures set forth in Title 18, United States Code, Section 4243(a).

For these reasons, it is **ORDERED** and **ADJUDGED** that:

1. Pursuant to 18 U.S.C. § 4243(a), the Defendant shall be committed to the custody of the Attorney General. The Attorney General shall immediately hospitalize the Defendant for treatment in a suitable facility. During that time, the director of the facility in which the Defendant is hospitalized is directed to conduct an evaluation to determine whether, pursuant to 18 U.S.C. §§ 4243(b) and (d), the Defendant is presently suffering from a mental disease or defect as a result of

which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

2. Pursuant to 18 U.S.C. § 4243(b), following the evaluation of the Defendant, a psychiatric or psychological report shall be filed with the court pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c).

3. Upon completion of the evaluation and report, the Court will hold a hearing pursuant to the provisions of 18 U.S.C. § 4247(d) to determine whether the release of the Defendant would create a substantial risk of bodily injury to another person or serious damage to property of another. *See* 18 U.S.C. § 4243(c).

4. The director of the facility in which the Defendant is hospitalized shall be provided with any medical records of the Defendant.

5. The period of delay resulting from the examination of the Defendant and any subsequent judicial proceedings to determine the Defendant's eligibility for release shall be deemed excluded for purposes of 18 U S.C. § 4243(c).

DONE AND ORDERED in chambers at West Palm Beach, Florida, this 19th day of March, 2025.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: Counsel of record